IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANA BLAKE | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | CASE NO. 20-13603-RBK-AMD |
| ALSTOM TRANSPORTATION, INC. | : | |
| Defendant. | : | |

**CONSENT ORDER TO VACATE DEFAULT, WITHDRAW MOTION FOR ENTRY OF DEFAULT JUDGMENT AND EXTENDING TIME TO ANSWER**

**THIS MATTER** having been opened to the Court upon submission of Ward Greenberg Heller & Reidy LLP (Daniel M. Young, Esquire) attorneys for Defendant Alstom Transportation, Inc., on application to vacate the default entered against Alstom Transportation, Inc. and to permit Defendant to file an Answer to the Complaint, and with the consent of Plaintiff, by and through his attorneys Sidney L. Gold & Assoc., P.C. (Jamie L. Ford, Esquire) to the form and entry of this Order, and good cause having been shown by the parties pursuant to Fed. R. Civ. Pro. 55(a) and Fed. R. Civ. Pro. 60(b)(6),

**IT IS** on this __6th__ day of __January__, 2021, **ORDERED** that the default entered on November 12, 2020 is hereby vacated (ECF Doc. No 5); and Plaintiff's Motion for Default Judgment returnable January 19, 2021 (ECF Doc. No. 6) is hereby withdrawn by Plaintiff; and Defendant Alstom Transportation, Inc. is hereby allowed to file a late Answer or otherwise defend in the above matter within fourteen (14) days of electronic filing of this Consent Order by the Court; and it is

**FURTHER ORDERED** that service of the within Order on all parties shall be deemed effective upon electronic filing by the Court.

_____
Ann Marie Donio
United States Magistrate Judge

We hereby consent to the entry of the above Order.

**SIDNEY L. GOLD & ASSOC., P.C.**

By:     /s/ Jamie L. Ford
Jamie L. Ford, Esquire
jford@discrimlaw.net
1835 Market Street, Ste. 515
Philadelphia, PA 19103
Phone:  (215) 569-1999
Fax:     (215) 569-3870
Attorneys for Plaintiff Dana Blake

Dated:  January 6, 2021

**WARD GREENBERG HELLER & REIDY LLP**

By:  /s/ Daniel M. Young
Daniel M. Young, Esquire
dyoung@wardgreenberg.com
701 East Gate Drive, Suite 220
Mt. Laurel, New Jersey 08054
Phone:  (856) 866-8920
Fax:     (856) 866-8761
Attorneys for Defendant Alstom Transportation, Inc.

Dated: January 6, 2021